UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 14-13700 |
|---|---|---|
| Eugene & Lynne Leimberg | Chapter: | 13 |
| | Judge: | Kaplan |

### NOTICE OF PROPOSED PRIVATE SALE

__Eugene and Lynne Leimberg__, _____Debtors_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  402 East State Street
                                   Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ___Michael B. Kaplan___ on ___December 13, 2016___ at ___9:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___8___, ___402 East State Street, Trenton, NJ___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  37 Comanche Drive
                                                        Oceanport, NJ 07757

Proposed Purchaser:  Derek Bielitz

Sale price:  $366,500.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Marc Capone, Esq. |
|---|---|
| Amount to be paid: | $1,000.00 |
| Services rendered: | Legal Representation for sale |
| | Judith Martinelly/Brokers 3 Realtors
2.25% of $366,500 - Listing broker
Christopher Hence/Ward Wight Sotheby's
2.25% - $50 of $366,500 - Selling agent |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Marc Capone, Esq.

Address: 60 Highway 71, Spring Lake Heights, NJ 07762

Telephone No.: 732-528-1166

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-13700-MBK
Eugene A Leimberg                                                       Chapter 13
Lynne A Leimberg
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2        Date Rcvd: Nov 22, 2016
                             Form ID: pdf905          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2016.
db/jdb         Eugene A Leimberg,    Lynne A Leimberg,    37 Comanche Dr,    Oceanport, NJ   07757-1552
aty           #+Zucker, Goldberg & Ackerman,    200 Sheffield St., Suite 101,    PO Box 1024,
                 Mountainside, NJ 07092-0024
r              +Brokers 3 Realtors,    675 Broad St.,    Shrewsbury, NJ 07702-4201
lm             +PNC Mortgage,   6 North Main Street,    Dayton, OH 45402-1908
514562503      +Aa Action Collection,    517 S Livingston Ave,    Livingston, NJ 07039-4349
514562504     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America, N.a.,    4161 Piedmont Pkwy,
                 Greensboro, NC   27410)
514882662      +Bank of America, N.A.,    Bankruptcy Department,    P.O. Box 26012, NC4-105-02-99,
                 Greensboro, NC 27420-6012
514562505     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,    Po Box 85015,    Richmond, VA   23285)
514562506      Capital 1 Bank,    Attn: Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT  84130-0285
514709104      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
514562507     +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
514562508      Eastern Account System Inc.,    Attn: Bankruptcy Dept.,    PO Box 837,    Newtown, CT  06470-0837
514877498     +PNC Bank, National Association,    3232 Newmark Drive,    B6-YM14-01-3,
                 Miamisburg, OH 45342-5421
514562511     +Pnc Mortgage,   6 N Main St,    Dayton, OH 45402-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2016 23:07:59     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2016 23:07:57     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514562509      E-mail/Text: bnc@nordstrom.com Nov 22 2016 23:07:22      Nordstrom Fsb,
                 Attention: Account Services,    PO Box 6566,    Englewood, CO 80155-6566
514562510     +E-mail/Text: bnc@nordstrom.com Nov 22 2016 23:07:22      Nordstrom Fsb,    Po Box 6555,
                 Englewood, CO 80155-6555
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2016 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Marc C. Capone    on behalf of Joint Debtor Lynne A Leimberg mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 22, 2016
                              Form ID: pdf905          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Marc C. Capone    on behalf of Debtor Eugene A Leimberg mcapone@caponeandkeefe.com, docs@caponeandkeefe.com
         R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
         Tammy L. Terrell    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
                                                                                                        TOTAL: 7