MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR

**Order Filed on December 7, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                                                 Chapter 13

Eugene & Lynne Leimberg                                   Case No.: 14-13700 (MBK)

                                                                                                                        Hearing Date:

**ORDER GRANTING APPLICATION FOR ALLOWANCE
OF ATTORNEY'S FEES**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: December 7, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor(s):    Eugene & Lynne Leimberg
Case No.:    14-13700 (MBK)
Caption of Order:    **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$800.00** for services rendered as set forth in applicant's Certification of Debtors' Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

|   | **X** | **$800.00** through the Chapter 13 plan as an administrative priority; and |
|---|---|---|
|   | ___ | $_____ outside the plan. |

The Debtor's monthly plan payment is modified to require a payment of:

**N/A**

United States Bankruptcy Court
District of New Jersey

In re:  
Eugene A Leimberg  
Lynne A Leimberg  
    Debtors

Case No. 14-13700-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 07, 2016  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2016.  
db/jdb        Eugene A Leimberg,    Lynne A Leimberg,    37 Comanche Dr,    Oceanport, NJ    07757-1552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2016 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo (NA)     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    PNC Bank, National Association
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Marc C. Capone     on behalf of Debtor Eugene A Leimberg mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marc C. Capone     on behalf of Joint Debtor Lynne A Leimberg mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA , N.A.
               nj.bkecf@fedphe.com
              R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
              Tammy L. Terrell    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
                                                                                             TOTAL: 9