UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Marc Capone, Esq.
60 Highway 71
Spring Lake Heights, NJ 07762

**Order Filed on December 14, 2016**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Eugene & Lynne Leimberg

| | |
|---|---|
| Case No.: | 14-13700 |
| Hearing Date: | 12/13/16 |
| Chapter: | 13 |
| Judge: | Kaplan |

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is
**ORDERED**.

**DATED: December 14, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly

known as _____37 Comanche Drive, Oceanport_____, New Jersey (the Real

Property).

**IT IS** hereby **ORDERED** as follows:

1.  The Debtor is authorized to sell the Real Property on the terms and conditions of the contract

of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2.  The proceeds of sale must be used to satisfy the liens on the real property unless the liens are

otherwise avoided by court order. Until such satisfaction the real property is not free and clear of

liens.

3.  ☒  In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a

request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the

following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Marc Capone |
| Amount to be paid: | $1,000.00 |
| Services rendered: | Representation for sale |
| | Judith Martinelly/Brokers 3 Realtors<br>2.25% of $366,500 - Listing broker<br>Christopher Hence/Ward Wight Sotheby's<br>2.25% - $50 of $366,500 - Selling agent |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate

broker's commissions and attorney's fees for the Debtor's attorneys on further order of this

court.

4.  Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and

adjustments to the price as provided for in the contract of sale may be made at closing.

5.  The amount of $\underline{\text{ 28,523.00 }}$ claimed as exempt may be paid to the Debtor.

6.  The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7.  A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions: The mortgage held by Bank of America will be paid in full through the proceeds of sale.

*rev.8/1/15*