```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
────────────────────────────────────────
Caption in Compliance with D.N.J. LBR 9004-1(b)

FEIN, SUCH, KAHN & SHEPARD, P.C.
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
PNC BANK, NATIONAL ASSOCIATION
JILL A. MANZO, ESQ.
PNJ047
bankruptcy@feinsuch.com
```

**Order Filed on January 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 14-13700 MBK |
|---|---|
| EUGENE A LEIMBERG and LYNNE A LEIMBERG | Hearing Date: January 24, 2017 |
| Debtor(s). | Judge: Honorable Michael B. Kaplan |
| | Chapter: 13 |

_____

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 26, 2017**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, PNC BANK, NATIONAL ASSOCIATION, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is hereby vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

37 COMANCHE DR, OCEANPORT, NJ 07757.

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Eugene A Leimberg  
Lynne A Leimberg  
    Debtors

Case No. 14-13700-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 26, 2017  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2017.  
db/jdb        Eugene A Leimberg,    Lynne A Leimberg,    37 Comanche Dr,    Oceanport, NJ   07757-1552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2017 at the address(es) listed below:  
               Albert    Russo    docs@russotrustee.com  
               Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
               Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com  
               Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association  
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com  
               Jill    Manzo    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com  
               Marc C. Capone    on behalf of Debtor Eugene A Leimberg mcapone@caponeandkeefe.com,  
               docs@caponeandkeefe.com  
               Marc C. Capone    on behalf of Joint Debtor Lynne A Leimberg mcapone@caponeandkeefe.com,  
               docs@caponeandkeefe.com  
               Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA , N.A.  
               nj.bkecf@fedphe.com  
               R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com  
               Tammy L. Terrell    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com  
                                                                                                                                               TOTAL: 10