**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Eugene A Leimberg | Social Security number or ITIN  xxx–xx–7444 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Lynne A Leimberg | Social Security number or ITIN  xxx–xx–7258 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–13700–MBK | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Eugene A Leimberg                                    Lynne A Leimberg

9/6/17                                                          **By the court:** Michael B. Kaplan
                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 14-13700-MBK
Eugene A Leimberg                                                      Chapter 13
Lynne A Leimberg
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2              Date Rcvd: Sep 06, 2017
                              Form ID: 3180W         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2017.
db/jdb         +Eugene A Leimberg,    Lynne A Leimberg,    8 Brenner Court,    Brick, NJ 08724-2042
r              +Brokers 3 Realtors,    675 Broad St.,    Shrewsbury, NJ 07702-4201
lm             +PNC Mortgage,    6 North Main Street,    Dayton, OH 45402-1908
514562503      +Aa Action Collection,    517 S Livingston Ave,    Livingston, NJ 07039-4349
514562507      +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
514562508       Eastern Account System Inc.,    Attn: Bankruptcy Dept.,    PO Box 837,    Newtown, CT 06470-0837
514877498      +PNC Bank, National Association,    3232 Newmark Drive,    B6-YM14-01-3,
                 Miamisburg, OH 45342-5421
514562511      +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2017 23:32:58     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2017 23:32:55     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514562504       EDI: BANKAMER.COM Sep 06 2017 23:13:00     Bank Of America, N.a.,    4161 Piedmont Pkwy,
                 Greensboro, NC 27410
514882662      +EDI: BANKAMER.COM Sep 06 2017 23:13:00     Bank of America, N.A.,    Bankruptcy Department,
                 P.O. Box 26012, NC4-105-02-99,    Greensboro, NC 27420-6012
514562505       EDI: CAPITALONE.COM Sep 06 2017 23:13:00     Cap One,    Po Box 85015,    Richmond, VA 23285
514562506       EDI: CAPITALONE.COM Sep 06 2017 23:13:00     Capital 1 Bank,    Attn: Bankruptcy Dept.,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
514709104       EDI: CAPITALONE.COM Sep 06 2017 23:13:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
514562509       E-mail/Text: bnc@nordstrom.com Sep 06 2017 23:32:21     Nordstrom Fsb,
                 Attention: Account Services,    PO Box 6566,    Englewood, CO 80155-6566
514562510      +E-mail/Text: bnc@nordstrom.com Sep 06 2017 23:32:21     Nordstrom Fsb,    Po Box 6555,
                 Englewood, CO 80155-6555
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            ##+Zucker, Goldberg & Ackerman,   200 Sheffield St., Suite 101,    PO Box 1024,
                 Mountainside, NJ 07092-0024
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Jill   Manzo    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
              Marc C. Capone    on behalf of Debtor Eugene A Leimberg mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Sep 06, 2017
                              Form ID: 3180W           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Marc C. Capone    on behalf of Joint Debtor Lynne A Leimberg mcapone@caponeandkeefe.com, docs@caponeandkeefe.com
        Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA , N.A. nj.bkecf@fedphe.com
        R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
        Tammy L. Terrell    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com

TOTAL: 10